```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
 3  BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
 4
    DEREK R. OWENS (CASBN 230237 )
 5  Assistant United States Attorney

 6    450 Golden Gate Avenue, 11th Floor
      San Francisco, California  94102
 7    Telephone: (415) 436-6488
      Fax: (415) 436-7234
 8    Email: Derek.Owens@usdoj.gov

 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 08-0104 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR SUMMONS** |
| AARON LAMONT JONES, | ) | |
| Defendant. | ) | |

Based on the facts set forth in the Declaration of Derek Owens in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Aaron Lamont Jones, 2528 Griffith Street, San Francisco, California, 94124. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 3/5/08

DEREK R. OWENS
Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR 08-0104 MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AARON LAMONT JONES,<br><br>    Defendant. | Case No. CR 08-0104 MAG<br><br>**[PROPOSED] ORDER FOR SUMMONS** |

Having reviewed the Declaration of Derek Owens, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant AARON LAMONT JONES, 2528 Griffith Street, San Francisco, California, 94124, appear on March 19, 2008 at 9:30 am before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____

                                              JOSEPH C. SPERO
                                              United States Magistrate Judge