1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6488
7     Fax: (415) 436-7234
      Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,           )   Case No. CR 08-0104 MAG
                                        )
14     Plaintiff,                       )
                                        )   **DECLARATION OF DEREK OWENS
15 v.                                   )   IN SUPPORT OF UNITED STATES'
                                        )   MOTION FOR SUMMONS**
16 AARON LAMONT JONES,                  )
                                        )
17     Defendant.                       )
                                        )
18 _____ )

19    I, Derek Owens, hereby declare as follows:

20    1. I am an Assistant United States Attorney in the United States Attorney's Office and I am

21 assigned to the prosecution of this case. I have received the following information from officers

22 and agents employed by the United States Department of Homeland Security Office of the

23 Inspector General.

24    2. Hurricane Katrina hit the United States on August 25, 2005. Following the hurricane, the

25 federal government began distributing disaster relief to those people who were displaced or who

26 sustained property damage as a result of the hurricane. Aaron Lamont Jones, a resident of San

27 Francisco, California, filed a Federal Emergency Management Agency (FEMA) application in his

28 name for disaster assistance on October 3, 2005, and subsequently received one FEMA check

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0104 MAG

1 totaling $2,358.

3. In his FEMA application, Jones stated that: 1) his primary residence was 1808 Franklin Avenue, New Orleans, Lousiana; 2) he was displaced to a family/friend's house after the hurricane; 3) his home was damaged by the disaster; 4) he had personal property damaged by the disaster; 5) he had essential needs; 6) he lost work due to the disaster; and 7) access was restricted to his home due to mandatory evacuation.

4. The FEMA check was mailed on October 4, 2005 to Jones at the local San Francisco address he provided in the application, 2528 Griffith Avenue. He subsequently cashed the check on October 19, 2005 at Bank of America on Geary and Masonic Streets in San Francisco.

5. In a written statement, Jones admitted to applying for and cashing the FEMA check in amount of $2,358 that was addressed to him. Jones stated that he applied for the assistance funds using a friend's home telephone line, and that his friend provided him with a fictitious New Orleans address that she had found online. He admitted that he never lived in Louisiana and that he was living in San Francisco. The signature on the check matches his handwriting in his hand written statement.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed March 5, 2008, at San Francisco, California.



_____
DEREK OWENS
Assistant United States Attorney

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0104 MAG

-2-