STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 11th Street, 2nd Floor
San Francisco, CA 94103

ATTORNEYS FOR DEFENDANT
AARON JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0104 |
| Plaintiff, | **WAIVER OF RIGHT TO BE PRESENT PURSUANT TO F.R.C.P. RULE 43(C)(2)** |
| v. | |
| AARON JONES, | |
| Defendant. | |

I, AARON JONES, hereby acknowledge that I have received a copy of the Information in the above-entitled matter and it is my desire to waive my right to be present at any and all proceedings in this matter. I specifically authorize my attorney, STUART HANLON, or his designated associate, to appear at any and all status conferences regarding my case. I am presently residing in

///

///

///

C:\Wp60\Wp60\FD\Waiver.jones.wpd

Sacramento, California and am unemployed. My appearance during these proceedings would be an extreme hardship because I cannot afford to pay for transportation and do not own a car.

Dated: *April 10, 2008*                                   /s/ Aaron S. Jones
                                                          AARON JONES

C:\Wp60\Wp60\FD\Waiver.jones.wpd