STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
AARON JONES

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AARON JONES,<br><br>    Defendants. | No. CR 08-0104 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

    This case is presently set for April 25, 2008 for status conference. Counsel has been in regular contact with the Government to reach a resolution in this case. Counsel needs time to continue these discussions with the Government and the defendant.

    Given the current time constraints, counsel will not have time to evaluate, research, and investigate this case in an attempt to reach a plea agreement by April 25, 2008.

    **IT IS HEREBY STIPULATED** by the parties that time shall be excluded from April 25, 2008 until May 16, 2008 pursuant to 18 U.S.C. Section 3161(h)(8)(B)(iv) for the following reasons:

*Jones: Stipulation & ~~Proposed~~ Order Re Excluding Time*     1

1  excludeable time is necessary for the effective preparation of
2  defense counsel and the prosecution taking into account the
3  exercise of due diligence and for continuity of counsel.
4      It is therefore stipulated between the parties that this
5  case be continued until May 16, 2008 for change of plea or trial
6  setting at 10:30 a.m.

7  Dated: April 23, 2008            s/Stuart Hanlon
                                    CSBN: 66104
8                                   Attorney for Defendant
                                    AARON JONES
9                                   179 11th Street, 2nd Floor
                                    San Francisco, CA 94103
10                                  415/864-5600
                                    stuart@stuarthanlonlaw.com
11
                                    s/Derek Owens
12                                  Assistant U.S. Attorney
                                    *(Signature approved by telephone)*
13                                  Office of The U.S. Attorney
                                    450 Golden Gate Avenue, 11th Floor
14                                  San Francisco, CA 94102
                                    415/436-7200
15

16                              **ORDER**

17      Pursuant to the Stipulation by and between the parties set
18  forth below:
19      IT IS HEREBY ORDERED that the hearing currently set for
20  April 25, 2008 is continued to May 16, 2008 at 10:30 a.m. for
21  change of plea or trial setting.
22      IT IS FURTHER ORDERED that time is excluded from April 25,
23  2008 to May 16, 2008 pursuant to 18 U.S.C. Section
24  3161(h)(8)(B)(iv) .
25  Dated: 4/24/08                   _____
26                                   Magistrate Judge Joseph Spero
                                     United States District Court
27

*Jones: Stipulation & ~~Proposed~~ Order Re Excluding Time*                                 2