1 | STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
2 | 179 11th Street, 2nd Floor
San Francisco, California 94103
3 | (415) 864-5600

4 | Attorney for Defendant
AARON JONES

5

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                          **OAKLAND DIVISION**

10 | UNITED STATES OF AMERICA        ) No.  CR 08-00104-1 JCS
                                    )
11 |          Plaintiff,            ) **DEFENDANT'S SENTENCING**
                                    ) **MEMORANDUM**
12 |   v.                           )
                                    ) Date: August 26, 2008
13 |                                ) Time: 9:30 a.m.
     AARON JONES,                   ) Ctrm: Hon.Joseph C. Spero
14 |                                )
              Defendants.           )
15 |                                )
                                    )
16 |_____)

17

18 |     The defendant has pled guilty pursuant to a plea agreement

19 | to one count of violating a misdemeanor 18 U.S.C. Section 641,

20 | which alleges theft of government funds by filing a false claim

21 | through the Federal Emergency Management Agency stating he was

22 | displaced from the Katrina hurricane.  Defendant Jones faces the

23 | maximum punishment of one year in jail with one year of

24 | supervised release and an agreed upon restitution.

25 |     The guideline determination is laid out in the Plea

26 | Agreement as follows (please see page three of the Plea

27

28 | *JONES: Sentencing Memorandum*                                    1

1  Agreement).  The adjusted level with acceptance for
2  responsibility is 4.  The criminal history level is II.  Thus,
3  the guideline range is 0 to 6 months.

4      The presentence report recommends a period of three years
5  probation.

6                      **Defendant's Background**

7      The defendant is a 37 year old male who is very motivated to
8  move forward with his life and get back on track to supporting
9  himself and his children.  He is currently living in Antioch,
10 California and trying to secure employment.  Mr. Jones is very
11 eager to find a job and has signed up with a career development
12 agency in Antioch to help him with that search.  As of the filing
13 of this motion Mr. Jones is in the final stages to securing a
14 part-time job doing home care for residents in the community.

15                      **Facts of the Case**

16     Defendant Jones does not minimize the crime here.  Taking
17 advantage of a system that was in place to aid those affected by
18 a very serious natural disaster is an extremely serious crime
19 because it in fact could take money away from someone who was
20 truly in need.  The defendant is extremely remorseful for what he
21 did.

22     Defendant Jones immediately told agents his role in the
23 crime and how the crime took place.  Basically, the facts are
24 that his girlfriend, at the time, told him about what she and
25 others had been doing to get "extra" money and showed him how to
26 apply and receive the funds.

27

28 *JONES: Sentencing Memorandum*                                    2

Though this action is certainly not acceptable on either a legal or moral level in that it affects those who suffered from this devastating natural disaster, it is not the type of situation where the defendant was the "mastermind" behind this crime nor did he encourage the others involved in the related cases to commit similar crimes.

## **Discussion**

The defendant was one of several individuals who filed false applications to FEMA in order to receive money.  The idea was not created by him nor did he encourage others to participate in this scheme.

The defendant has a minor criminal history and this recent offense has made the defendant realize this is not the life he wants to lead for himself or his family.  Thus, he has moved out of San Francisco, ended his relationship with the woman also involved in this crime, is working hard at finding steady employment and getting his life on the right track.  It is the defendant's request that he be placed on probation so that he can continue to progress and find the stability he is working towards in both the employment and family arenas.

A sentence of probation and a misdemeanor conviction for this offense satisfies any concerns this Court may have about deterring any criminal conduct by Mr. Jones.  Mr. Jones readily admitted his involvement in the crime and has taken several steps since his plea to the misdemeanor to give this court assurance he wants to contribute positively to society and to his family.

1    Mr. Jones is ashamed that he had any involvement in this

2 offense.    He fully accepts responsibility for the role he played

3 and is remorseful.

**CONCLUSION**

5    Based on the above, the defendant respectfully requests that

6 this Court sentence him to probation as recommended by the United

7 States Probation Office.

8

9

10 Dated: August 18, 2008          s/Stuart Hanlon
                                 CSBN: 66104
11                               Attorney for Defendant
                                 AARON JONES
12                               179 11th Street, 2nd Floor
                                 San Francisco, CA 94103
13                               415/864-5600
                                 stuart@stuarthanlonlaw.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                  4