```
STUART HANLON, SBN: 66104
SARA RIEF, SBN: 227279
LAW OFFICES OF HANLON & RIEF
179 11TH Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
AARON LAMONT JONES
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.  CR 08-0104 JCS |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS** |
| v. ) | **HEARING ON PROBATION TRANSFER** |
| ) | |
| AARON LAMONT JONES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This case is presently set for August 21, 2009 for status on the transfer of probation from the Northern District of California to the Eastern District of California.  Counsel has been in regular contact with the probation officer Richard Brown. According to Mr. Brown, the probation officer in the Eastern District has agreed to a conditional supervision of ninety (90) days by the Eastern District.  During this conditional supervision, the co-defendant that is currently residing is set to move from the apartment building on September 1, 2009.[1]  If this

---

[1] If this Court recalls, the transfer of probation was only initially denied because of the co-defendant who was residing in the same apartment complex.  This co-defendant was also denied the transfer.  Since she has been denied her transfer and will

occurs during the conditional period, the Eastern District office will agree to the probation transfer.

Given the above, a request is made to continue the currently set date outside of the ninety day conditional period to December 4, 2009.  At that date, it is hopeful probation can then be transferred from the Northern District to the Eastern District.

It is therefore stipulated between the parties that this case be continued until August 21, 2009 for status on the transfer of probation at 10:30 a.m.

Dated: August 19, 2009,      /s/
STUART HANLON
Attorney for Defendant
AARON LAMONT JONES

Dated: August 19, 2009,      /s/
ACADIA SENESE
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 8/19/09



Hon.
United States           Judge

---

move, the issue will no longer exist for Mr. Jones.