```
 1  STUART HANLON, SBN: 66104
    LAW OFFICES OF STUART HANLON
 2  179 11TH Street, 2nd Floor
    San Francisco, California 94103
 3  (415) 864-5600

 4  Attorney for Defendant
    AARON LAMONT JONES
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-0104 JCS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO VACATE STATUS HEARING** |
| v. | ) **ON PROBATION TRANSFER** |
| AARON LAMONT JONES, | ) |
| Defendant. | ) |

This matter is presently set for December 4, 2009 before this Court for status of probation transfer from the Northern District to the Eastern District. Counsel for both parties request this matter be taken off this Court's calendar.

Defense Counsel has spoken with Probation Officer Richard Brown and it is counsel's understanding that the Eastern District has accepted the transfer of probation. Mr. Jones has been compliant with his probation terms and conditions and is currently employed. Mr. Brown agrees that this matter should be taken off calendar.

**STIPULATION & ORDER** **PAGE 1**
**TO VACATE STATUS HEARING DATE** C:\Wp60\Wp60\FD\Stip&OrdertoVacate.jones.wpd

1     Therefore, it is the request of all parties to vacate
2 tomorrow's status hearing before this Court.

4 Dated: December 3, 2009           /s/
5           STUART HANLON
          Attorney for Defendant
6           AARON LAMONT JONES

7 Dated: December 3, 2009           /s/
          ACADIA SENESE
8           Assistant United States Attorney

**ORDER**

    Good cause having been shown and by Stipulation of the parties herein,

    **IT IS HEREBY ORDERED** that the Status for Probation Transfer in this matter presently scheduled for December 4 2009, be vacated.

    **IT IS SO ORDERED.**

Dated: 12/04/09

Hon. _____
United States _____ Judge

*(Signed: Judge Joseph C. Spero)*

**STIPULATION & ORDER**                                 **PAGE 2**
**TO VACATE STATUS HEARING DATE**   C:\Wp60\Wp60\FD\Stip&OrdertoVacate.jones.wpd